Commonwealth *v.* Smith, Appellant.

Submitted September 10, 1973. *J. Michael Williamson,* for appellant; *Bernhard Dohrmann,* for Commonwealth, appellee.

Order affirmed.


Commonwealth *v.* Story, Appellant.

Submitted September 10, 1973. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.